Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 11–32874–MS
        Chapter: 7
        Judge: Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   MSR Improvements, LLC
   14 Andrews Place
   Pompton Plains, NJ 07444

Social Security No.:

Employer's Tax I.D. No.:
   22–3752278

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Jeffrey Lester is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 26, 2012</u>        <u>Morris Stern</u>
                                      Judge, United States Bankruptcy Court